**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ALFONZO WALLACE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-45 |
| | § | |
| COREY FURR, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received the magistrate judge's April 9, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 9. The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline to file objections); *see also* M&R, Dkt. No. 9 at 10 (giving notice of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R. The Court **RETAINS** Plaintiff's deliberate-indifference claim seeking injunctive relief against Assistant Warden Corey Furr and **DISMISSES** deliberate-indifference claims for injunctive relief against the remaining Defendants.

SIGNED this 14th day of May, 2018.

Hilda Tagle
Senior United States District Judge