IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALFONZO WALLACE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-45 |
| § | |
| COREY FURR, *et al*, § | |
| § | |
| Defendants. § | |

# <u>ORDER</u>

The Court is in receipt of Defendant Philip Sifuentes's ("Sifuentes") Motion for Summary Judgment, Dkt. No. 28; Plaintiff's Response to Defendant Sifuentes's Motion for Summary Judgment, Dkt. Nos. 31, 32; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 33; and Plaintiff's Objections to the M&R, Dkt. No. 35.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 33, in substance.[1] The Court therefore **GRANTS** Defendant Sifuentes's Motion for Summary Judgment, Dkt. No. 28, and **DISMISSES** Plaintiff's claims.

Final judgment will be entered separately.

SIGNED this 27th day of September, 2019.

Hilda Tagle
Senior United States District Judge

---

[1] The published M&R contains the following scrivener's error: "He further complained about sleep issues on November 2, <u>2019</u>, December 10, 2018, and January 10, 2019." Dkt. No. 33 at 14 (underlined). The Court declines to adopt that statement and instead replaces it with the following: "He further complained about sleep issues on November 2, 2018, December 10, 2018, and January 10, 2019."